**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Demas CORTEZ, Defendant–Appellant.**

No. 08–40255
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender (FPD) appointed to represent Defendant–Appellant Demas Cortez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cortez has filed a response. This court is not able to resolve on direct appeal Cortez's argument, raised for the first time on appeal, that the Government breached the plea agreement because the record is lacking in factual predicate concerning the ex-

istence of any subsidiary promise. *See United States v. Corbett*, 742 F.2d 173, 175–76 (5th Cir.1984). Our independent review of the record, counsel's brief, and Cortez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.